19-mj-8 "S"  USA v. Alfred Humbles
Feb. 20, 2019 Motion Hearing
Judge Lemmon presiding
Exhibit List

| Exhibit No. | Admitted Into Evidence | Description |
|---|---|---|
| Gov. 1 | 2/20/19 | Email threads |
| Gov. 2 | 2/20/19 | Photos of Alfred humbles residence |
| Gov. 3 | 2/20/19 | List of email attachments |
| Gov. 4-10 | 2/20/19 | Copy of email attachment images |
| Gov. 11 | 2/20/19 | Text messages |
| Gov. 12 | 2/20/19 | Pineville Police Department Arrest/Incident reports |