UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL NO. 2:19-CR-42** |
| **VS.** | **JUDGE MARY ANN VIAL LEMMON** |
| **ALFRED HUMBLES** | |

**ORDER**

THE FOREGOING CONSIDERED, Mr. Humbles' Motion to File Under Seal his *Ex Parte Motion for Supplemental Funds for an Expert is GRANTED*, and that motion shall be filed and kept under seal.

New Orleans, Louisiana this _____ day of _____ 2025.

_____
Judge, Eastern District of Louisiana