UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 2:19-CR-42 |
| VS. | JUDGE MARY ANN VIAL LEMMON |
| ALFRED HUMBLES | |

ORDER

THE FOREGOING CONSIDERED, Mr. Humbles' Motion to File Under Seal his *Ex Parte Motion for Supplemental Funds for an Expert is GRANTED*, and that motion shall be filed and kept under seal.

New Orleans, Louisiana this   3rd   day of   December   2025.

*[signature]*

Judge, Eastern District of Louisiana