UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-042** |
| v. | * | SECTION: "S" |
| **ALFRED HUMBLES** | * | |

\* \* \*

## ORDER

Considering the foregoing unopposed, consent motion to continue the trial and pretrial dates for the above defendant, and the reasons set forth therein, and upon a finding that the requested period of delay shall be excluded from the computation of time within which the trial of this offense must begin, the motion is **GRANTED**.

**THE COURT SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(I), that the failure to grant the requested continuance in this case could result in a miscarriage of justice by not allowing the parties sufficient time to prepare for trial and/or to work towards an alternative disposition of this matter.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), that the failure to grant such a continuance would deny the parties reasonable time necessary for the parties to prepare for trial.

**ACCORDINGLY**, it is hereby **ORDERED** that the pretrial of this matter is continued to the 11th day of March, 2026 at 1:00 p.m. and the trial date of this matter is continued to 23rd day of March, 2026, at 9:00 a.m.

New Orleans, Louisiana this 16th day of January, 2026.

HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE