UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-42 |
| ALFRED HUMBLES | SECTION: S(1) |

### RE-NOTICE OF HEARING
(Previously set for 10:00 a.m.)

**TAKE NOTICE** that this criminal case has been reset for **ORAL ARGUMENT** on **February 4, 2026, at 11:00 a.m.** before the Honorable Mary Ann Vial Lemmon, 500 Poydras Street, New Orleans, Louisiana 70130, Room C102.

IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

Date: February 2, 2026

TO: Alfred Humbles (Custody)

Counsel For Defendant:
Christopher Murell

Carol L. Michel, Clerk
by: Courtney Ancar, Courtroom Deputy

AUSA: Jon M. Maestri

U.S. Marshal
U.S. Probation & Pre-Trial Services Unit

Judge Lemmon
Magistrate Judge

FBI/TFP: Mike Olivier
MOlivier@ppso.net

Interpreter: None

If you change address,
notify clerk of court
by phone, 504-589-7715