MINUTE ENTRY
LEMMON, J.
FEBRUARY 4, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-42 |
| ALFRED HUMBLES | SECTION S(1) |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

CASE MANAGER:        Courtney Ancar
COURT REPORTER:   Sammantha Morgan

APPEARANCES BY:    Jon M. Maestri and Rachal C. Cassagne, for the Government
                                   Christopher J. Murell, for Defendant
                                   Alfred Humbles, Defendant

**MOTION HEARING**
Court begins at 11:01 a.m.
All counsel present in court and ready to proceed.
Defendant present in the courtroom.
Government's Motion in Limine for Pretrial Determination of Authentication and Admissibility of Emails and Text Messages and Certified Data Copied from an Electronic Device, Storage Medium or File, R. Doc. 199, was argued by counsel. Defendant withdrew authenticity objection under FRE 901 to Text Messages and Certified Data from defendant's personal email and telephone, except for messages sent from the "Philip Marlow" e-mail address.
The motion was taken under advisement.
Matter adjourned at 11:56 a.m.

JS-10: 00:55