UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 19-42** |
| **ALFRED HUMBLES** | **SECTION: "S" (1)** |

### ORDER

The court held oral argument this date on the government's **Motion *in Limine* for Pretrial Resolution of Authentication and Admissibility of Emails and Text Messages**. Rec. Doc. 199. At the hearing, the government withdrew its argument regarding authenticity pursuant to Federal Rule of Evidence 902 and defendant withdrew its argument regarding authenticity pursuant to Federal Rule of Evidence 901, except in relation to emails sent from the "Philip Marlow" email address. The remaining issues were taken under advisement. Accordingly,

Counsel are permitted, but not required, to file any post-hearing briefs on the remaining unresolved issues by **Friday, February 6, 2026**.

New Orleans, Louisiana, this 4th day of February, 2026.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE