UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-042** |
| **v.** | * | **SECTION: "S"** |
| **ALFRED HUMBLES** | * | |
| | * * * | |

## GOVERNMENT'S REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, **pursuant to Rule 17 (a)** of the Federal Rules of Criminal Procedure.   I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER**

  _5_  set(s) for Rule 17(a) **trial subpoenas** scheduled on March 23, 2026.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

/s/ Jon Maestri
JON MAESTRI
Assistant United States Attorney
Bar Roll Number 23848
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3187
Email: jon.maestri@usdoj.gov