UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-042** |
| v. | * | **SECTION: "S"** |
| **ALFRED HUMBLES** | * | |

\* \* \*

**GOVERNMENT'S UNOPPOSED MOTION FOR
AUTHORIZATION TO ISSUE RULE 17(c) SUBPOENAS**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorneys, and respectfully moves this Court for permission to serve subpoenas duces tecum to Google, L.L.C. (attached as Exhibit "A") pursuant to Fed. Rule Crim. P. 17(c)[1] and according to the following provisions:

1. The return date of the subpoenas will be March 9, 2026, at 9:00 a.m.

   This provision will allow the parties time to review the documents requested in advance of the trial date.

2. The items called for by the subpoena will be returned to the custody of the United States.

   Upon receipt of the items, the United States will immediately notify counsel for the defendant. The United States will redact personal identifying information and then make the items available for review in their entirety.

---

[1] Rule 17(c) provides: "A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them."

The undersigned Assistant United States Attorney has contacted counsel for defendant Estes regarding this motion and the proposed procedure and received no opposition.[2]

**WHEREFORE**, the United States respectfully requests permission to issue the attached subpoena, to be returned by March 9, 2026, at 9:00 a.m., to the custody of the United States.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

/s/ Jon Maestri
JON MAESTRI
Assistant United States Attorney
LA Bar Roll No. 24838
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3187
E-Mail: jon.maestri@usdoj.gov

---

[2] Counsel for defendant has not waived any potential objections to the admissibility at trial of the materials returned pursuant to the subpoena.

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                        /s/ Jon Maestri
                                        JON MAESTRI
                                        Assistant United States Attorney