UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-042 |
| v. | * | SECTION: "S" |
| ALFRED HUMBLES | * | |

\* \* \*

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the United States is permitted to issue the aforementioned subpoena duces tecum to Google, L.L.C., returnable on March 9, 2026, at 9:00 a.m. to the custody of the United States. The United States will then notify counsel for the defendant and make the returned items available for review and inspection after redacting personal identifying information.

New Orleans, Louisiana, this __3rd__ day of March, 2026.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE