UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-042 |
| v. | * | SECTION: "S" |
| ALFRED HUMBLES | * | |

\* \* \*

## ORDER

Considering the foregoing,

**IT IS ORDERED**, that the Motion for Order Directing the Court Reporter to transcribe the sealed hearing held on February 4, 2026, is GRANTED;

**IT IS FURTHER ORDERED** that the court reporter transcribe the sealed hearing held on February 4, 2026, place the transcript in the record under seal, and provide a copy of the sealed transcript to Assistant United States Attorney, Jon Maestri, counsel for the government.

New Orleans, this  5th  day of March, 2026.

HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE