UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 19-42** |
| **ALFRED HUMBLES** | **SECTION: "S" (1)** |

### ORDER

Considering the request of counsel,

**IT IS HEREBY ORDERED** that the pre-trial conference of this matter is **CONTINUED** and **RE-SET** for <u>**Thursday, March 12, 2026 at 2:00 p.m.**</u> via Zoom. A Zoom link will be emailed to counsel prior to the conference.

New Orleans, Louisiana, this   5th   day of March, 2026.


MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE