UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-42 |
| ALFRED HUMBLES | SECTION: S(1) |

### RE-NOTICE OF TRIAL
(Previously set for 3/23/2026)

**TAKE NOTICE** that this criminal case has been reset for **JURY TRIAL** on **April 13, 2026, at 9:00 a.m.** before the Honorable Mary Ann Vial Lemmon, 500 Poydras Street, New Orleans, Louisiana 70130, Room C102. A **pretrial conference** will be held on **March 25, 2026 at 1:00 p.m.** in Room C107.

IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

| | |
|---|---|
| Date:  March 11, 2026 | Carol L. Michel, Clerk<br>by:  Courtney Ancar, Courtroom Deputy |
| TO: Alfred Humbles (Custody) | AUSA: Jon M. Maestri |
| <u>Counsel For Defendant:</u><br>Christopher Murell | U.S. Marshal<br>U.S. Probation & Pre-Trial Services Unit |
| | Judge Lemmon<br>Magistrate Judge |
| | FBI/TFP: Mike Olivier<br>MOlivier@ppso.net |
| | Interpreter: <u>None</u> |

If you change address,
notify clerk of court
by phone, 504-589-7715