MINUTE ENTRY
MARCH 25, 2026
LEMMON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA           CRIMINAL ACTION

VERSUS           19-42

ALFRED HUMBLES           SECTION: "S"


A pretrial conference was held on March 25, 2026, with the following counsel participating: Jonathan Maestri and Rachel Cassagne on behalf of the United States of America; and Christopher Murrell on behalf of defendant, Alfred Humbles.

A jury trial of this matter will commence on **April 13, 2026, at 9:00 a.m.**, and is anticipated to last 2 days. Each party is allotted 20 minutes of *voir dire*.

Pursuant to Rule 24(b)(2) of the Federal Rules of Criminal Procedure, the government has 6 peremptory challenges, and the defendant has 10 peremptory challenges, in the selection of 12 jurors. One alternate juror will be selected.

Pursuant to Rule 24(c)(4) of the Federal Rules of Criminal Procedure, each side has one peremptory challenge exercisable in the selection of the alternate jurors.

Proposed jury *voir dire*, jury instructions, and jury verdict forms must be filed by **April 6, 2026**.  The government shall provide its exhibit list to the defendants by **April 6, 2026**.

Motions *in limine* shall be filed by **March 30, 2026**, and oppositions to those motions shall be filed by **April 3, 2026**.

If needed during trials, counsel are invited to use the Michaelle Pitard Wynne Attorney Conference Center located in Room B-245 on the second floor of the Hale Boggs Federal building near the crossover to the Courthouse.  The space features three private conference rooms, a lounge, and a computer workroom with internet, copy, fax and print services.  Details and information on these services including conference room reservations can be found at http://nofba.org or by contacting Amanda T. Kaiser, Executive Director at 504-589-7990 or fbaneworleans@gmail.com.

JS-10:00:39