UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ALFRED HUMBLES

CRIMINAL ACTION

NO: 19-42

SECTION: "S"

## ORDER

Before the Court is Defendant Alfred Humbles' Motion to Exclude Evidence at Trial.  (Record Doc. # 238)

Considering the Government's representation to the Court that it will file an opposition to Defendant's motion by end of business today,

**IT IS ORDERED** that the Defendant shall file any reply to the Government's response Tuesday, April 7, 2026.

New Orleans, Louisiana, this  6th   day of   April, 2026.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE