UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO: 19-42

ALFRED HUMBLES                               SECTION: S(1)

NOTICE OF REARRAIGNMENT AND SENTENCING

Take notice that this criminal case has been set for **REARRAIGNMENT** and **SENTENCING** on **April 8, 2026, at 1:00 p.m.**, before the Honorable Mary Ann Vial Lemmon, 500 Poydras Street, Courtroom C102, New Orleans, LA 70130.

IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

NOTICE TO DEFENDANTS AND COUNSEL: After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the re-arraignment proceeding for an initial interview and to schedule any subsequent interviews. If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the re-arraignment proceeding.

Date:  April 6, 2026                         Carol L. Michel, Clerk
                                             by:  Courtney Ancar, Deputy Clerk

To: Alfred Humbles - (Custody)
Counsel for Defendant:                       AUSA: Jon M. Maestri
Christopher Murell

                                             U.S. Marshal

If you change address,                       U.S. Probation & Pre-Trial Services Unit
notify clerk of court
by phone, 504-589-7715                       FBI/TFP: Mike Olivier
                                             MOlivier@ppso.net

                                             Interpreter: None